UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 16-C2892-JAH |
|---|---|
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| JENNIFER LYNN DUREN, | |
| Defendant. | |

On August 1, 2018, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of JENNIFER LYNN DUREN ("Defendant") in all properties seized in connection with this case, namely,

a) **Mechanics Bank cashier's check number 2008205119, made payable to United States Customs and Border Protection, in the amount of $100,709.84. The government intends to forfeit this cashier's check in lieu of California Republic Bank escrow check number 60826, in the amount of $100,709.84, dated November 12, 2015, drawn on the escrow trust account of Corner Escrow, account number 3301003461, made payable to Jennifer Duren, referencing Escrow Number 200-05813-TM**

(hereafter "Mechanics Bank cashier's check number 2008205119").

For thirty (30) consecutive days ending on September 2, 2018, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the Mechanics Bank cashier's

check number 2008205119, in such manner as the Attorney General may direct, pursuant to 18 U.S.C. §§ 981(a)(1)(B) and (C) and 982(a), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Co-Defendant Tyrone Cedric Duren was notified of the forfeiture via CM/ECF. Co-Defendant Tyrone Cedric Duren did not petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of an alleged legal interest in the property.

Other than the Defendant, JENNIFER LYNN DUREN, who has agreed to the forfeiture of the Mechanics Bank cashier's check number 2008205119 in her plea agreement and consented to the preliminary order of forfeiture, and the Co-Defendant, Tyrone Cedric Duren, who did not file a petition, no other known parties were identified as having a potential interest in Mechanics Bank cashier's check number 2008205119.

Thirty (30) days have passed following the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited property described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of JENNIFER LYNN DUREN and any and all third parties are hereby condemned, forfeited and vested in the United States of America in the Mechanics Bank cashier's check number 2008205119.

IT IS FURTHER ORDERED that costs incurred by U.S. Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), and any other Governmental agencies which were incident to the seizure, custody and storage of the Mechanics Bank cashier's check number 2008205119, be the first charge against the Mechanics Bank cashier's check number 2008205119.

//
//

IT IS FURTHER ORDERED that ICE shall dispose of the forfeited property according to law.

DATED: October 18, 2018

_____
Hon. JOHN A. HOUSTON
United States District Judge