UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    v.<br><br>2. Jennifer Lynn Duren,<br><br>            Defendant. | CR-16-02892-JAH-WVG<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

Upon motion of the United States, and good cause appearing,

**IT IS HEREBY ORDERED** granting the United States' Motion to Dismiss All Counts as to Jennifer Lynn Duren only.

**IT IS FURTHER ORDERED** that, in the interest of justice and for the reasons stated in the Motion to Dismiss, the dismissal is with prejudice.

DATED this \_\_\_\_25th\_\_\_\_ day of March, 2020.

*William V. Gallo*
HONORABLE WILLIAM V. GALLO
United States Magistrate Judge